**KUNEFF**

v.

**OHIO BUREAU OF MOTOR VEHICLES.**

2003-Ohio-376.]

Court of Claims of Ohio.

No. 2002–05018–AD.

Decided Jan. 14, 2003.

Yvonne Kuneff, pro se.

John R. Guldin, Associate Legal Counsel, Ohio Department of Public Safety Legal Services, for defendant.

---

DANIEL R. BORCHERT, Deputy Clerk.

### FINDINGS OF FACT

{¶ 1}   1. On May 17, 2002, plaintiff, Yvonne Kuneff, filed a complaint against defendant, Ohio Bureau of Motor Vehicles, alleging that her son's driver's license was improperly listed as suspended by defendant.  Plaintiff incurred towing expenses as a result of defendant's error concerning the driving status of plaintiff's son.  Plaintiff seeks damages in the amount of $55.

{¶ 2}   2. On December 4, 2002, defendant filed an investigation report admitting error in recording plaintiff's son's driving status.

## CONCLUSIONS OF LAW

{¶ 3}   1. Resulting damages may be recovered when the fact is proven, by a preponderance of the evidence, that defendant erroneously listed a driver's license as suspended. *Ankney v. Ohio Bur. of Motor Vehicles* (1998), Ct. of Cl. No. 97–11045–AD; *Serbanescu v. Ohio Bur. of Motor Vehicles* (1994), Ct. of Cl. No. 93–15038–AD; *Black v. Ohio Bur. of Motor Vehicles* (1996), Ct. of Cl. No. 95–01441–AD.

{¶ 4}   2. Plaintiff has proven, by a preponderance of the evidence, that her son's driver's license was improperly listed as suspended by defendant. *McGee v. Ohio Bur. of Motor Vehicles* (1997), Ct. of Cl. No. 97–03999–AD.

{¶ 5}   3. Defendant is liable to plaintiff for damages that plaintiff can prove resulted from defendant's negligence. *Partlow v. Ohio Bur. of Motor Vehicles* (1997), Ct. of Cl. No. 97–07820–AD.   Plaintiff has proven that she incurred towing costs as a result of defendant's act.

{¶ 6}   4. Plaintiff has suffered damages in the amount of $55, plus the $25 filing fee, which may be reimbursed as compensable damages pursuant to the holding in *Bailey v. Ohio Dept. of Rehab. & Corr.* (1990), 62 Ohio Misc.2d 19, 587 N.E.2d 990.

{¶ 7}   Having considered all of the evidence in the claim file and adopting the memorandum decision concurrently herewith,

{¶ 8}   IT IS ORDERED THAT:

{¶ 9}   1. Plaintiff's claim be GRANTED and judgment be rendered in favor of the plaintiff;

{¶ 10}   2. Defendant (Bureau of Motor Vehicles) pay plaintiff (Yvonne Kuneff) $80 and such interest as is allowed by law;

{¶ 11}   3. Court costs are assessed against defendant.

Order accordingly.